petitioner. *Frank G. Raichle, Edward C. Raftery* and *John F. Caskey* for respondents. *Solicitor General Perlman* filed a memorandum for the United States, as *amicus curiae,* in support of the petitioner.

No. 455. KROCH ET AL. *v.* McGRATH, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *George Eric Rosden* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baynton, James D. Hill* and *George B. Searls* for respondents.

No. 473. COYNE ELECTRICAL SCHOOL, INC. *v.* BUCKLEY ET AL., DOING BUSINESS AS F. J. BUCKLEY & Co. Appellate Court of Illinois, First District. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Irwin N. Walker, Peter B. Atwood* and *Urban A. Lavery* for petitioner. *Vincent O'Brien* for respondents.

No. 470. ADERMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *O. John Rogge* and *Murray A. Gordon* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *J. F. Bishop* for the United States.

No. 127, Misc. HATHEWAY *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. J. E. Taylor,* Attorney General of Missouri, and *Gordon P. Weir* and *Samuel M. Watson,* Assistant Attorneys General, for respondent.